**Petition for Writ of Habeas Corpus Dismissed, Motion for Temporary Relief Denied as Moot, and Memorandum Opinion filed January 15, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-01013-CV

---

### IN RE CHRISTOPHER SPATES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-61475**

---

## MEMORANDUM OPINION

On December 29, 2014, relator Christopher Spates filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to order his release from confinement in the Harris County Jail for contempt based on an order issued by the 247th District Court of Harris County. Relator also filed with this court a motion for temporary relief. On December 29, 2014, relator asked this court to

order his release from confinement, pending disposition by this court of relator's petition for writ of habeas corpus, upon his posting of a bond. *See* Tex. R. App. P. 52.8(b)(3), 52.10.

On January 8, 2015, relator filed a motion to dismiss his petition for writ of habeas corpus. We grant the motion and dismiss relator's petition for writ of habeas corpus. We further deny as moot relator's motion for temporary relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Wise.